THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENEDICT J. VITUCCI, Appellant.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

MARY SPENCER, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.